**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

      : 

    Petitioner,                                      Case No. 3:10-mc-008

      :            District Judge Walter Herbert Rice
  -vs-                                            Magistrate Judge Michael R. Merz

CASSANDRA PRINTUP,

      :

    Respondent.

---

**DISMISSAL ORDER**

---

       This is an action for enforcement of an Internal Revenue Service Summons issued to Respondent Cassandra Printup. On application of the IRS, the Court ordered Respondent to appear and show cause why the Summons should not be enforced (Doc. No. 2). Respondent failed to appear and the Court issued a warrant for her arrest.

       The Court is advised by public notice in the Dayton Daily News that Respondent has died. Accordingly, the warrant is recalled and the above-captioned action is dismissed without prejudice to any enforcement rights the United States may have against Respondent's estate.

June 9, 2011.

                                                                                 s/ **Michael R. Merz**
                                                                      United States Magistrate Judge